James P. Keenley (Bar No. 253106)
jkeenley@bkkllp.com
Emily A. Bolt (Bar No. 253109)
ebolt@bkkllp.com
Brian Henry Kim (Bar No. 215492)
bkim@bkkllp.com
BOLT KEENLEY KIM LLP
2855 Telegraph Avenue, Suite 517
Berkeley, CA 94705
Telephone: (510) 225-0696
Facsimile: (510) 225-1095

Attorneys for Plaintiff
JANE DOE

Jason A. James (Bar No. 265129)
jjames@mmhllp.com
Charles K. Chineduh (Bar No. 273258)
cchineduh@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
1000 Wilshire Boulevard, Suite 1860
Los Angeles, California 90017-2457
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Defendant
THE PRUDENTIAL INSURANCE COMPANY OF
AMERICA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>   Plaintiff,<br><br> vs.<br><br>PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>   Defendant. | Case No. 3:20-cv-06291-RS<br><br>**SECOND JOINT STIPULATION TO CONTINUE DATES; ORDER THEREON** |

TO THE COURT AND TO ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:

Plaintiff Jane Doe ("Plaintiff") and Defendant The Prudential Insurance Company of America ("Prudential"), (collectively the "Parties"), by and through their respective counsel of record, hereby stipulate and request a brief continuance of the case management dates and deadlines, as follows:

WHEREAS, on December 10, 2020, this Court entered an Initial Case Management Scheduling Order (Dkt. No. 19), which set forth a schedule of pretrial and trial dates/deadlines. The Order also referred the Parties to private mediation;

WHEREAS, since the inception of the lawsuit, counsel for the parties have been diligently working together to gather and exchange all relevant documentation regarding Plaintiff's claims in this lawsuit, including relevant information related to the claimed amount of long term disability benefits at issue, and discussing a potential resolution;

WHEREAS, on March 18, 2021, the Parties filed a Joint Stipulation to Continue Dates including those noted below (first request) (Dkt. No. 20), which this Court granted on March 18, 2021 (Dkt. No. 21);

WHEREAS, the Court has set May 24, 2021 as the deadline for the Parties to complete private mediation, and also set a hearing on cross-motions for judgment under Rule 52 of the Federal Rules of Civil Procedure for August 5, 2021 (Dkt. No. 21);

WHEREAS, counsel for the Parties have continued to diligently work together to gather and exchange all relevant documentation regarding Plaintiff's claims in this lawsuit, including relevant information related to the claimed amount of long-term disability benefits at issue, and continue discussing a potential resolution;

WHEREAS, the information required to calculate the claimed amount of long term disability benefits at issue in this case was exceptionally complex because Plaintiff has worked a series of short-term jobs and her compensation from those jobs needed to be factored into the calculations using formulas set forth in the Plan documents, which in turn required obtaining detailed wage and tax information going back for a period of several years and this process has taken a significant amount of time;

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

176809.1

2

Case No. 3:20-cv-06291-RS
SECOND JOINT STIPULATION TO CONTINUE
DATES; [PROPOSED] ORDER THEREON

WHEREAS, the Parties are diligently engaged in good faith settlement negotiations and agree that it would be prudent, and the best use of the Parties and the Court's resources, to continue the current case deadlines in order to facilitate the Parties settlement negotiations and to allow time to resolve any additional outstanding issues relating to the information and documents needed to calculate the claimed amount of long term disability benefits at issue in the case;

WHEREAS, the Parties have met and conferred regarding the current case deadlines and the additional information needed, and believe good cause exists for a 60-day continuance of those deadlines so that the Parties have ample time to finish collecting information relevant to the claimed amount of benefits at issue and participate in a meaningful private mediation once all information has been collected;

WHEREAS, the Parties have agreed to participate in a private mediation with Adrienne Publicover, Esq. of JAMS. Moreover, the Parties agree that the extension sought will not prejudice any party, or result in undue delay;

WHEREAS, for good cause, to allow the Parties sufficient time to fully explore settlement possibilities including engaging in private mediation, and to conserve both the Court's and the Parties' time and resources, the Parties, by and through their respective counsel of record, hereby stipulate and respectfully request that the Court briefly continue the Rule 52 hearing date and related pretrial dates/deadlines as follows:

| Matter | Current Date/Deadline | Date/Deadline |
|---|---|---|
| ADR Completion Deadline | May 24, 2021 | July 23, 2021 |
| Rule 52 Opening Briefs Due | None Set | August 26, 2021 |
| Rule 52 Responsive Briefs Due | None Set | September 16, 2021 |
| Rule 52 Hearing | August 5, 2021 @ 1:30 p.m. | September 30, 2021 @ 1:30 p.m. |

**IT IS SO STIPULATED**.

| | | |
|---|---|---|
| Dated: May 4, 2021 | | BOLT KEENLEY KIM LLP<br>James P. Keenley<br>Emily A. Bolt<br>Brian H. Kim |
| | By: | /s/ James P. Keenley<br>James P. Keenley<br>Attorneys for Plaintiff<br>JANE DOE |
| Dated: May 4, 2021 | | MESERVE, MUMPER & HUGHES LLP<br>Jason A. James<br>Charles K. Chineduh |
| | By: | /s/ Charles K. Chineduh<br>Charles K. Chineduh<br>Attorneys for Defendant<br>THE PRUDENTIAL INSURANCE<br>COMPANY OF AMERICA |

**Filer's Attestation - Local Rule 5-1.(i)(3)**

The filing attorney attests that he has obtained concurrence regarding the filing of this document and its content from the signatories to this document.

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

176809.1

4

Case No. 3:20-cv-06291-RS
SECOND JOINT STIPULATION TO CONTINUE
DATES; [PROPOSED] ORDER THEREON

# **O R D E R**

The Court, having reviewed the Second Joint Stipulation to Continue Dates between Plaintiff Jane Doe and Defendant The Prudential Insurance Company of America finds that good cause exists to enter an order approving said Stipulation.

Accordingly, IT IS HEREBY ORDERED that the following pretrial and trial dates are continued as follows:

| Matter | Dates/Deadlines |
| --- | --- |
| ADR Completion Deadline | July 23, 2021 |
| Rule 52 Opening Briefs due | August 26, 2021 |
| Rule 52 Responsive Briefs due | September 16, 2021 |
| Rule 52 Hearing | September 30, 2021 @ 1:30 p.m. |

**IT IS SO ORDERED.**

Dated: May 5, 2021

Hon. Richard Seeborg
Chief United States District Court Judge

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

176809.1

5

Case No. 3:20-cv-06291-RS
SECOND JOINT STIPULATION TO CONTINUE DATES; [PROPOSED] ORDER THEREON