Jason A. James (Bar No. 265129)
jjames@mmhllp.com
Charles K. Chineduh (Bar No. 273258)
cchineduh@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
1000 Wilshire Boulevard, Suite 1860
Los Angeles, California 90017-2457
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Defendant
THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANE DOE,<br><br>Plaintiff,<br><br>vs.<br><br>PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>Defendant. | Case No. 3:20:cv-06291-RS<br><br>**STIPULATION TO DISMISS THE ENTIRE ACTION WITH PREJUDICE; AND ORDER**<br><br>Judge: Hon. Richard Seeborg<br><br>Complaint Filed: September 4, 2020 |

1  IT IS HEREBY STIPULATED, by and between Plaintiff JANE DOE and Defendant THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, by and through their respective attorneys of record, that this action shall be dismissed in its entirety with prejudice as to all defendants pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Each party shall bear its own attorneys' fees and costs.

The parties seek the Court's approval of the dismissal of the action with prejudice.

Dated: August 25, 2021

James P. Keenley
Brian H. Kim
Emily A. Bolt
BOLT KEENLEY KIM LLP


By: _/s/ James P. Keenley_
James P. Keenley
Attorneys for Plaintiff
JANE DOE


Dated: August 25, 2021

Jason A. James
Charles K. Chineduh
MESERVE, MUMPER & HUGHES LLP


By: _/s/ Jason A. James_
Jason A. James
Attorneys for Defendant
THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA


**Filer's Attestation**

The filing attorney attests that he has obtained concurrence regarding the filing of this document and its content from the signatories to this document.

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

177457.1

1

Case No. 3:20:cv-06291-RS
STIPULATION TO DISMISS THE ENTIRE ACTION
WITH PREJUDICE; AND [PROPOSED] ORDER

## **ORDER**

Based upon the Stipulation of the Parties and for good cause shown, IT IS HEREBY ORDERED that this action, Case No. 3:20-cv-06291-RS, is dismissed in its entirety as to all defendants with prejudice.

IT IS HEREBY FURTHER ORDERED that each Party shall bear its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED.**

Dated: __August 25__, 2021

_____
HON. RICHARD SEEBORG
United States District Court Judge

LAW OFFICES
**MESERVE, MUMPER & HUGHES LLP**

177457.1

2

Case No. 3:20:cv-06291-RS
STIPULATION TO DISMISS THE ENTIRE ACTION
WITH PREJUDICE; AND [PROPOSED] ORDER